**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

```
MARTHA ALISIA MENDEZ,           )   No. EDCV 08-1404 CW
                                )
            Plaintiff,          )   JUDGMENT
                                )
      v.                        )
                                )
MICHAEL J. ASTRUE,              )
Commissioner, Social Security   )
Adminstration,                  )
                                )
            Defendant.          )
_____)
```

**IT IS ADJUDGED** that this action is remanded to defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Decision and Order.


DATED:   July 13, 2009



                                    _____/s/_____
                                         CARLA M. WOEHRLE
                                    United States Magistrate Judge